IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

RICKY O. COLLETT,

  Defendants.

CIVIL ACTION FILE NO.
1:08-mi-166-TWT

## ORDER

This is an action to enforce an IRS summons. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending granting the Petition. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Respondent is ordered to comply in full with the summons on or before September 2, 2008.

SO ORDERED, this 30 day of July, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge